U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 11 2017

TONY R. MOORE, CLERK
BY: _____MB_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **TOBY JAMES FRUGE** | : | **DOCKET NO. 15-cv-2767** |
| **D.O.C. # 549883** | | |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **NATE CAIN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of any objection to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** tin Chambers at Alexandria, Louisiana this 11th day of January, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE